UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HAROLD L. ALTVATER )<br>)<br>Defendant, )<br>)<br>) | Case No. 17-CV-11178-NMG |

### Joint Motion for Protective Order

Plaintiff Securities and Exchange Commission ("Commission" or "Plaintiff") and defendant Harold Altvater ("Altvater" or "Defendant") respectively request that the Court enter the attached order protecting personally identifiable information ("PII") of persons whose PII appears in financial records or other documents produced during the course of this litigation.

Respectfully submitted,

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION** | **HAROLD ALTVATER** |
| By its attorneys, | **Pro Se** |
| /s/ Deena R. Bernstein | /s/ Harold Altvater |
| Deena R. Bernstein (Mass. Bar No. 558721)<br>Senior Trial Counsel<br>Michael J. Vito (Mass. Bar No. 675524)<br> Enforcement Counsel<br>Boston Regional Office<br>33 Arch Street, 24thFloor<br>Boston, MA  02110<br>(617) 573-8813 (Bernstein Direct)<br>(617) 573-4590 (facsimile)<br>bernsteind@sec.gov (Bernstein email) | |

*Subject to the caveat on page 4 thereof, motion allowed.*
*NMGorton, USDJ 9/28/17*