UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>HAROLD L. ALTVATER<br>       Defendant. | )<br>)<br>)<br>)<br>)  Case No.  1:17-cv-11178-NMG<br>)<br>)<br>)<br>)<br>) |

# STATUS REPORT

In compliance with this Court's July 25, 2018 order for a status report, Plaintiff Securities and Exchange Commission submits that, pursuant to the Court's November 7, 2017 order, discovery in this case was stayed pending the resolution of a federal criminal case against the Defendant involving the same alleged misconduct.  On January 16, 2019, the criminal court sentenced Dr. Altvater to eighteen months of imprisonment, one year of supervised release, a $300.00 assessment, and an order of forfeiture of $115,657 against Dr. Altvater.

Respectfully submitted,

**SECURITIES AND EXCHANGE COMMISSION**

By its attorneys,

/s/ Deena R. Bernstein
Deena R. Bernstein (Mass. Bar No. 558721)
Attorneys for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
Boston Regional Office
33 Arch Street, 24th Floor
Boston, MA  02110
Dated: February 11, 2019        (617) 573-8813 (Bernstein direct)

## **CERTIFICATE OF SERVICE**

      I certify that on February 11, 2019, I caused a copy of the foregoing document to be served upon Defendant by e-mail at the following address and served by others by ECF:

Harold Altvater
Altvater@d9medical.com

                                             /s/ Deena R. Bernstein